**Order entered January 29, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00141-CV

**AMBER ETTA BUMPUS, Appellant**

**V.**

**BRENT WADE FITZGERALD, Appellee**

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 773788**

## ORDER

By order dated August 22, 2013, we removed the case from submission as it appeared the record was incomplete. Since then, a record of the temporary orders hearings and of the final trial has been filed, and it appears the record is now complete. In accordance with our August 22nd order, we **ORDER** appellant to file any amended brief no later than February 26, 2014. No extensions of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE